# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1682. THE STATE v. ARCHIE MARION BRYANT.**

Archie Marion Bryant was indicted for one count of malice murder, two counts of felony murder, two counts of aggravated assault, and one count of possession of a firearm by a felon. In the trial court, he filed a motion to suppress and exclude evidence on the basis that, inter alia, the State had failed to provide timely discovery. The trial court granted Bryant's motion, and the State then filed this appeal pursuant to OCGA § 5-7-1.

Under our Constitution, the Supreme Court has appellate jurisdiction over murder cases in which a sentence of death "was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). This jurisdiction includes all murder cases, regardless of whether the State is seeking the death penalty or life imprisonment. *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring). Thus, "[b]ecause the murder count[s] of the indictment remain[] pending below, jurisdiction of this appeal lies in [the Supreme] Court." *Langlands v. State*, 280 Ga. 799, 799 (1) (633 SE2d 537) (2006). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/09/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*